STATE OF NEW JERSEY v. RICKY E. FORD.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ELFRIN CANADY.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD BERMEL.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY WADE LAUGHLIN.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES R. LOGIE.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD JOHN CLARK.

May 18, 1976. Petition for certification denied.